FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BURRUEL, III, | NO. ED CV 07-1131-AG(E) |
| Petitioner, | |
| v. | JUDGMENT |
| ROCKY SPURGEON, Acting Director, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: FEBRUARY 29, 2008

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE